IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VESSIE LEE, #L5113                                                                                     PLAINTIFF

VERSUS                                                    CIVIL ACTION NO.   1:22-cv-28-TBM-RPM

BURL CAIN, et al.                                                                 DEFENDANTS

<u>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO PAY FILING FEE</u>

This matter comes before the Court on Plaintiff's Response [7] filed on April 1, 2022, to the Court's Order to Show Cause [5] entered on March 24, 2022.    Plaintiff states in his Response [7] that he has "completed a[n] inmate account withdrawal form for $402 to be sent to this Court's Clerk."   Pl.'s Resp. [7] at 2.   According to Plaintiff, he has taken the necessary steps to have $402.00 filing fee withdrawn from his inmate account.   *Id*.   Plaintiff also states that he has been informed by other inmates "that the actual cutting and mail[ing] the check can take an inordinate amount of time."   *Id*.

Because Plaintiff is financially able to pay the filing fee, and his Response [7] provides information explaining that he is trying to pay the filing fee, he will be granted an extension of time to pay the $402.00 filing fee.    Accordingly, it is

ORDERED that Plaintiff is granted until, and including, **May 23, 2022,** to pay the $402.00 filing fee in this civil action.

**IT IS FURTHER ORDERED that Plaintiff's failure to advise the Court of a change of address or failure to timely comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in this cause being dismissed without prejudice.**

THIS, the day 15th of April, 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE